**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00886-CV

**TENET HEALTHSYSTEM HOSPITALS DALLAS, INC., Appellant**

**V.**

**NORTH TEXAS MEDICAL GROUP, P.A., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-06727-L**

## ORDER

Appellee filed a Suggestion of Bankruptcy notifying the Court that a petition for bankruptcy has been filed in United States Bankruptcy Court involving appellee. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE